**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00594-REB-CBS

GENE WARREN,

    Plaintiff,

v.

ACT TELECONFERENCING, INC., a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#14] filed October 22, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. The  **Stipulation of Dismissal With Prejudice** [#14], filed October 22, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for April 2, 2010, is **VACATED**;

3. That the bench trial set to commence April 5, 2010, is **VACATED**; and

4. That all claims and counterclaims asserted in this proceeding are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 22, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge